# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES SPEARS, JR.                                                                                                      PLAINTIFF
ADC # 122695

v.                                      5:15CV00132-KGB-JJV

RANDY WATSON, Warden,
Varner Unit, ADC; *et al.*                                                       DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form

Case 5:15-cv-00132-KGB   Document 4   Filed 04/29/15   Page 2 of 2


of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

Pending before the Court is Plaintiff's Motion to Withdraw Complaint (Doc. No. 2). Pursuant to his Motion, Plaintiff seeks to voluntarily dismiss the immediate action. (*Id*.). For good cause shown, the Court recommends that Plaintiff's motion be granted.

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Motion to Withdraw Complaint (Doc. No. 2) be GRANTED.

2. Any pending motions be DENIED as moot.

3. This action be DISMISSED without prejudice.

Dated this 29th day of April, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE