IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES SPEARS, JR.**                                                                               **PLAINTIFF**
**ADC # 122695**

v.                               Case No. 5:15-cv-00132-KGB-JJV

**RANDY WATSON, Warden,**
Varner Unit, ADC; *et al.*                                                                     **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 4). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. The Court grants plaintiff James Spears, Jr.'s motion to withdraw complaint (Dkt. No. 2).

2. The Court denies as moot any pending motions.

3. The Court dismisses without prejudice this action.

SO ORDERED this 29th day of July, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE