**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JAMES SPEARS, JR.**                                                                              **PLAINTIFF**
**ADC # 122695**

**v.**                                        **Case No. 5:15-cv-00132-KGB-JJV**

**RANDY WATSON, Warden,**
**Varner Unit, ADC;** *et al.*                                                                **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the Order that was entered on this day, it is considered, ordered, and

adjudged that this case is dismissed without prejudice.

SO ADJUDGED this 29th day of July, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE